**Entered on Docket**
**June 29, 2016**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540

Trustee for Debtor(s)

**The following constitutes**
**the order of the court. Signed June 29, 2016**

Roger L. Efremsky
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re

Teresa Deguzman Devera                                    Chapter 13 Case Number:
                                                          16-41335-RLE13

                    Debtors(s)

CONFIRMATION ORDER AFTER MEETING OF CREDITORS

1.   The Meeting of Creditors having been concluded on  June 23 , 2016
2.   Upon consideration of the papers filed in this case, any testimony given at the Confirmation Hearing  (s),
any argument of counsel,
3.   The Court makes the following findings:
    a.   The Plan complies with the provisions of Chapter 13 Title 11, United States Code;
    b.   The Debtor has paid the filing fee in full in this case;
    c.   The Plan has been proposed in good faith and not by any means forbidden by law;
    d.   The value, as of the effective date of the Plan, of property to be distributed under the Plan on account
of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of
the Debtor were liquidated under Chapter 7 of this Title on such date;
    e.   With respect to each allowed secured claim provided for by the Plan;
        i.    The Holder of such claim has accepted the Plan; or
        ii.   (A)  The Plan provides that the holder of such claim retain the lien securing such claim;
        and (B)  The value, as of the effective date of the Plan, of property to be distributed under the Plan on
account of such claim is not less than the allowed amount of such claim; or
        iii.  The Debtor surrenders the property securing such claim to such holder; and
    f.   The Debtor will be able to make all payments under the Plan and to comply with the Plan .
4. GOOD CAUSE APPEARING
    a. IT IS ORDERED that the Debtor(s) Plan (or Amended Plan) filed on June 23, 2016, same as docket #
13 is confirmed.
    b. IT IS FURTHER ORDERED that the future income of the Debtor (s) is submitted to the supervision
and control of the Trustee, as is necessary for the execution of the Plan  (or Amended Plan).
    c. IT IS FURTHER ORDERED that any creditor whose claim is entirely disallowed by final non
appealable order, and any creditor listed in the Debtors' original Schedules that has not filed a proof of claim
by the claims bar date need not be served with notice of any subsequent action in this case by the Debtors or
the Trustee unless such creditor files a request for special notice with the Court and serves such request on the
Trustee and Debtors' attorney. Notwithstanding the above, if the proposed action would adversely impact a
creditor, that creditor must be served notice .
                              END OF ORDER

## COURT SERVICE LIST

Teresa Deguzman Devera
5527 Hackney Court
El Sobrante,CA 94803

(Debtor(s))

Patrick L Forte Atty
1624 Franklin St #911
Oakland,CA 94612

(Counsel for Debtor)